# No. 24-1899

## IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Thomas Joseph Powell, Barry D. Romeril, Christopher A. Novinger, Raymond J. Lucia, Marguerite Cassandra Taroian, Gary Pryor, Joseph Collins, Rex Scates, Michelle Silverstein, Reason Foundation, Cape Gazette, New Civil Liberties Alliance

Petitioners,

v.

Securities and Exchange Commission

Respondent,

On Petition for Review of an Order of the Securities and Exchange Commission

## THE SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE ITS RESPONSE BRIEF

MEGAN BARBERO
General Counsel

MICHAEL A. CONLEY
Solicitor

JEFFREY A. BERGER
Assistant General Counsel

ARCHITH RAMKUMAR
Appellate Counsel
Securities and Exchange Commission
100 F Street N.E.
Washington, D.C. 20549
(202) 551-4886 (Ramkumar)
RamkumarA@sec.gov

Pursuant to Ninth Circuit Rule 31-2.2(b), the Securities and Exchange Commission respectfully requests a 30-day extension of time, until September 16, 2024, to file its response brief, which is currently due August 16, 2024. This is not an expedited appeal. Petitioners have advised the Commission that they take no position on the Commission's motion.

The Commission is diligently preparing its brief, and previously obtained a streamlined 30-day extension of time under Ninth Circuit Rule 31-2.2(a), but an extension is warranted, primarily to account for the 11 amicus briefs that were filed in support of petitioners' position after the Commission obtained its initial extension. *See* Dkt. 20, Dkts. 23-33; *SEC v. Keener*, No. 22-14237, Dkts. 44-45 (11th Cir. June 15, 2023) (granting the Commission's request for a second 30-day extension of time so that the Commission could consider arguments raised in "amicus briefs" that were filed "in support of" the appellant); *SEC v. Almagarby*, No. 21-13755, Dkts. 36, 37 (11th Cir. Aug. 18, 2022) (similar); *see also SEC v. Barry*, No. 23-2699, Dkts. 15-16 (9th Cir. Feb. 28, 2024) (granting appellants' third request for an extension of time to file their opening brief based on good cause shown).

Furthermore, an extension of time would allow sufficient time for the editing and filing process in light of pre-planned family vacations. The attorneys preparing the Commission's response will be unavailable to work on this brief due to those vacations from August 9-16.

1

For these reasons, the Commission respectfully requests a 30-day extension of time to file its opening brief until September 16, 2024.

Respectfully submitted,

| | |
|---|---|
| MEGAN BARBERO<br>General Counsel | JEFFREY A. BERGER<br>Assistant General Counsel |
| MICHAEL A. CONLEY<br>Solicitor | /s/ Archith Ramkumar<br>ARCHITH RAMKUMAR<br>Securities and Exchange Commission<br>100 F Street N.E.<br>Washington, D.C. 20549<br>(202) 551-4886 (Ramkumar)<br>RamkumarA@sec.gov |

July 24, 2024

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 260 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

                                                */s/ Archith Ramkumar*
                                                Archith Ramkumar
                                                Counsel for Respondent
                                                Securities & Exchange Commission

# CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system.

*/s/ Archith Ramkumar*
Archith Ramkumar
Counsel for Respondent
Securities & Exchange Commission